■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL H. MARTINSON, Appellant.— Order, entered on June 21, 1963, denying, without a hearing, defendant's petition for an order to vacate a judgment of conviction in the nature of a writ of error *coram nobis*, unanimously reversed on the law, and the matter remanded for a hearing. Petitioner attacks the legality of his 1955 conviction and sentence from 65 years to life on his plea of guilty to murder in the second degree. His petition alleges that one of his then attorneys stated to him and to his half-sister that the Assistant District Attorney had promised that the sentence would be 20 years to life if he pleaded guilty to murder in the second degree. He submits in support the affidavit of his half-sister, but not that of the attorney, who is now deceased. These allegations of the petition and supporting affidavit have not been denied, nor have the People submitted any evidence showing that such a promise was not made by the Assistant District Attorney. Nor has the absence of an affidavit from the Assistant District Attorney been explained. Consequently, petitioner is entitled to a hearing, to determine whether the alleged promise was ever made (cf. *People* v. *Rinaldo*, 9 A D 2d 664; *People* v. *Richetti*, 302 N. Y. 290, 294–295). In the absence of any suggestion that petitioner's other counsel, who is available, was present when the alleged promise was made, it is entirely immaterial that petitioner failed to submit an affidavit by him. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

Republished.

■ PHILIP GREEN, Respondent-Appellant, v. HARRY STEIN, Appellant, and WALLACH'S AUTO RENTAL, INC., et al., Respondents.— Judgment unanimously affirmed, with $50 costs and disbursements to plaintiff against defendant Stein and $50 costs and disbursements to defendants-respondents against plaintiff. The order of this court entered on April 27, 1965 is hereby vacated. [Also printed 23 A D 2d 821.] Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ 437 FIFTH COMPANY, Appellant-Respondent, v. BARTON REALTY CORPORATION, Respondent-Appellant.— Determination of the Appellate Term unanimously modified, on the law and on the facts, to the extent of reinstating the fourth decretal paragraph of the judgment of the Civil Court of the City of New York, New York County, entered on November 4, 1963, and, as so modified, affirmed, with $50 costs to landlord-appellant-respondent. The order of this court entered on May 13, 1965 is vacated. Opinion *Per Curiam.* [Also printed 23 A D 2d 168.] Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD DAVIS, Appellant.— Order, entered on April 8, 1963 unanimously affirmed. No opinion. The order of this court entered on May 4, 1965 is vacated. [Also printed 23 A D 2d 969.] Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.